

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FRED VILLANOVA, | § | No. 08-11-00361-CV |
| Appellant, | § | Appeal from the |
| v. | § | 431st Judicial District Court |
| | § | of Denton County, Texas |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR HOME SAVINGS OF AMERICA, | § | (TC# 2010-50001-367) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in part of the judgment. We reverse the portion of the trial court's judgment awarding damages and attorneys' fees and granting summary judgment on Appellee's counterclaims and inferential rebuttal defense of sole proximate cause. Because damages are unliquidated and Appellant has contested liability, we remand these causes on all issues—including liability—to the trial court for further proceedings consistent with this opinion. In all other respects, we affirm the trial court's judgment.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JUNE, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.